United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

In re Application of

NATCO PHARMA (CANADA), INC.,

Applicant.

Case No. 22-mc-80209-LB

**ORDER REGARDING PROCEDURE FOR APPLICATION TO SERVE REQUEST FOR DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

Re: ECF No. 1

Natco Pharma (Canada), Inc. applied ex parte under 28 U.S.C. § 1782 to serve a subpoena on Dr. Erick Goldman for deposition testimony for use in two civil cases brought against Natco in Canada.[1] In those cases, Natco was sued for infringement of two Canadian patents. Dr. Goldman, a California resident, is an inventor on one of those patents.[2] The Federal Court in Canada issued (1) a Letter of Request to this court for Dr. Goldman's deposition testimony, and (2) a Commission appointing a California court reporter to produce a transcript of the deposition.[3]

---

[1] Appl. – ECF No. 1; Trach Decl. – ECF No. 1-1; Proposed Subpoena, Ex. E to Trach Decl. – ECF No. 1-6. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Appl. – ECF No. 1 at 2–3.

[3] *Id.* at 3–4; Letter of Request, Ex. B to Trach Decl. – ECF No. 1-3; Commission, Ex. C to Trach Decl. – ECF No. 1-4.

1   Because the undersigned lacks jurisdiction to decide Section 1782 applications without the

2   consent of all parties, this order sets forth a procedure to properly position the matter for decision.

3      Section 1782 provides, in short, that "[t]he district court of the district in which a person

4   resides or is found may order him to give his testimony or statement or to produce a document or

5   other thing for use in a proceeding in a foreign or international tribunal." 28 U.S.C. § 1782(a). An

6   ex parte application is an acceptable method for seeking discovery pursuant to Section 1782. *See*

7   *In re Letters Rogatory from Tokyo Dist.*, 539 F.2d 1216, 1219 (9th Cir. 1976) (holding that the

8   subpoenaed parties may raise objections and exercise their due-process rights by moving to quash

9   the subpoenas).

10      That said, "a magistrate judge may not issue binding rulings on case-dispositive matters

11   without the parties' consent." *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 807 (9th Cir.

12   2022). And Section 1782 applications are case-dispositive matters. *Id.* at 807–08.

13      Without the consent of all parties, the undersigned lacks jurisdiction to enter an order resolving

14   Natco's application. Accordingly, the following procedure is ordered to properly position the

15   matter for decision.

16      First, within seven days of this order, Natco must file a statement indicating whether it

17   requests the application to be considered ex parte. If it requests, and the undersigned determines,

18   that the matter should be considered ex parte, the matter will be randomly reassigned to a district

19   judge.

20      Second, if Natco does not request the application to be considered ex parte, it must, again

21   within seven days of this order, serve Dr. Goldman with (1) this order and (2) the application and

22   all associated documents (ECF Nos. 1 to 1-7).

23      Third, within fourteen days of the date he is served by Natco, Dr. Goldman must serve and file

24   responses to the application. If he does not do so, the matter will be randomly reassigned to a

25   district judge.

26      Fourth, if Dr. Goldman files a response to the application, the court will issue a letter advising

27   that all parties must, within seven days of the letter, file a consent or declination to magistrate-

28   judge jurisdiction pursuant to 28 U.S.C. § 636(c).

United States District Court
Northern District of California

1    Fifth, if all parties consent within that time period, the undersigned will enter an order

2    resolving the application. Otherwise, the matter will be randomly reassigned to a district judge.

3    **IT IS SO ORDERED.**

4    Dated: August 19, 2022

5    _____

6    LAUREL BEELER
     United States Magistrate Judge

United States District Court
Northern District of California